AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>RONELL BROWN<br>DOB: xx/xx/xxxx-PDID: xxx-xxx<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 16, 2020__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Glock, .9mm handgun and .9mm ammunition and did possess in and affecting commerce, a firearm, which had been shipped and transported in interstate and foreign commerce, that is, a Smith and Wesson, .357 magnum caliber revolver handgun. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

CORNEL KELEMEN, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __05/18/2020__

_____
*Judge's signature*

City and state: __Washington, DC__       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*