## STATEMENT OF FACTS

On Saturday, May 16, 2020, at approximately 10:00 p.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Gun Recovery Unit (GRU) were on patrol in the 4600 block of Hillside Road Southeast in Washington, D.C. Officers observed a large group of individuals standing on the side of the street. Sergeant Jaquez and Sergeant Johnston observed an individual wearing a white t-shirt and dreadlock hairstyle holding a cup in his hand, later identified as Ronell Brown (Defendant Brown).

As police approached, Defendant Brown immediately turned away. Sergeant Jaquez asked Defendant Brown if he was in possession of a gun. Defendant Brown threw the cup from his hand and started to run from police. While pursuing Defendant Brown on foot, Sergeant Jaquez observed Defendant Brown continuously manipulating the front of his waistband. Defendant Brown stopped on the sidewalk in front of 4609 Hillside Road Southeast and jumped the fence into the backyard of that location, which is a residential home. Sergeant Jaquez observed a silver revolver on the sidewalk near the fence, right where Defendant Brown had stopped and jumped the fence. Defendant Brown continued to flee on foot through the backyard. Sergeant Jaquez stayed with the silver revolver while Sergeant Johnston continued to pursue Defendant Brown. While in the backyard, Sergeant Johnston observed Defendant Brown make a tossing motion. Sergeant Johnston immediately noticed a strobing light go on in the area where Defendant Brown made the tossing motion. Sergeant Johnston stayed in the backyard while Defendant Brown continued to flee. Defendant Brown was detained behind 1207 46th Street Southeast in the exterior basement staircase by Officer Kelemen. This address is also a residential home and the resident later advised police that she does not know Defendant Brown.

Sergeant Johnston went to the location of the strobing light in the backyard of 4609 Hillside Road and immediately observed a black firearm equipped with a laser light. The light appeared to have activated after Defendant Brown made the tossing motion. The firearm was recovered and determined to be a black Glock, .9 millimeter semiautomatic handgun with an obliterated serial number, equipped with a laser light. When it was recovered, the firearm was loaded with one (1) round in the chamber and eighteen (18) in the unknown capacity magazine.

The first firearm that Sergeant Jaquez observed on the sidewalk in front of 4609 Hillside Road where Defendant Brown jumped the fence was also recovered and determined to be a silver Smith and Wesson .357 Magnum, .357 caliber revolver-style handgun with a serial number of 4K87911. When it was recovered, it was not loaded with any ammunition. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

The defendant was placed under his arrest. Subsequent to his arrest, the defendant spontaneously stated to police on several occasions, "Can't you just take it and let me go?" and "You can't just take the gun and let me go?" These statements can be heard on body-worn camera. Paramedics were called to check on the defendant due to the fact that he was complaining of being short of breath and having asthma. While speaking with paramedics, the defendant stated he was running because he "had to take a chance, I had a gun on me."

      A criminal history check of Defendant Brown through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction in the Superior Court for the District of Columbia for Unlawful Possession of a Firearm, case number 2018 CF2 13747. The defendant was sentenced to two (2) years for this offense, all suspended, on January 4, 2019. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
OFFICER CORNEL KELEMEN
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of May, 2020.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE