AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>RONELL BROWN<br><br>*Defendant* | ) Case: 1:20-mj-00087<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 5/18/2020<br>) Description: Complaint w/ Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    RONELL BROWN
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year)

Date:   05/18/2020

*[signature]*   2020.05.18
13:01:27 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  5/18/2020 , and the person was arrested on *(date)*  5/14/2020
at *(city and state)*   Washington, DC

Date:  5/18/2020

David Haywood on behalf of MPD
*Arresting officer's signature*

D Haywood  SDUSM
*Printed name and title*